IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                            Case No. 4:15-cr-00082 KGB

MICHAEL L. PERKINS                                                    DEFENDANT

## ORDER

Before the Court is a motion to dismiss the forfeiture allegation filed by the United States (Dkt. No. 20). Defendant Michael L. Perkins was charged with drug and firearm-related offenses, and the indictment gave notice of the intent of the United States to seek at sentencing the forfeiture of the firearm involved in the offense. This firearm was forfeited in a separate judicial proceeding; therefore, the United States moves to dismiss the forfeiture allegations included in this case.

The Court grants the motion of the United States to dismiss the forfeiture allegations in the indictment. The Court dismisses the forfeiture allegations.

It is so ordered this 28th day of December 2015.

_____
Kristine G. Baker
United States District Judge